UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-60566 CIV – DIMITROULEAS/SNOW

EVANTHIA KOTIS AND AK, a parent
and minor daughter,

    Plaintiffs,

vs.

ETHICON, INC.,
ETHICON ENDO SURGERY, INC., et al.,

    Defendants.

_____/

### ORDER REQUESTING GUARDIAN AD LITEM FOR MINOR A.K. TO REVIEW THE PROPOSED SETTLEMENT AND MAKE RECOMMENDATIONS TO THE COURT

THIS CAUSE came before the Court on the Court's Order granting Plaintiff's unopposed Motion for Appointment of Guardian Ad Litem for Minor A. K. and appointing Jonathan Pollard to serve as guardian ad litem to review the proposed settlement in the captioned matter, entered today by separate order.

The parties have reached a confidential proposed settlement of all claims in this matter, which includes settlement of the derivative claims of minor Plaintiff A.K. in an amount in excess of $50,000.  Pursuant to Florida Statute § 744.387, a settlement on behalf of a minor must be approved by the Court after the Court determines that the settlement is in the best interests of the minor child.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Jonathan Pollard is directed to file a Guardian Ad Litem Report with the Court once he has reviewed the terms of the proposed settlement agreement.

2. The Guardian Ad Litem Report shall: (1) set forth the materials reviewed by the guardian ad litem; (2) state any damages suffered by the minor child; (3) state the current and projected costs of the damages suffered by the minor child; (4) state whether the proposed settlement will adequately cover those current and projected costs; (5) set forth appropriate steps necessary to preserve the minor child's interest in the settlement; (6) state whether the proposed settlement takes appropriate steps necessary to preserve the minor child's interest in the settlement; (7) set forth the amount of attorney's fees and costs; (8) explain whether the type, quantity, and quality of the attorney's work in this case justifies the amount of attorney's fees; (9) set forth the experience and qualifications of Plaintiff's attorney; and (10) state whether he recommends the Court approve the proposed settlement.

3. The Guardian Ad Litem Report shall be filed **UNDER SEAL** and within thirty (30) days of this Order; and

4. Plaintiff, Plaintiff's counsel, Defendant, and Defendant's counsel are directed to provide full and complete cooperation to the guardian ad litem.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of October, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of record
Jonathan Pollard (jpollard@pollardllc.com)